UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**RICHARD EARL HENSARLING, JR.,**

    **Plaintiff,**

**v.**                                                                    **Case No.  3:26-cv-1724-TKW-ZCB**

**RICKY DIXON,**

    **Defendant.**

                                              /

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 4).  No objections were filed

Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that this case should be dismissed based on Plaintiff's failure to fully disclose his litigation history.  *See McNair v. Johnson*, 141 F.4th 1301, 1308 (11th Cir. 2025).  Accordingly, it is

    **ORDERED** that:

    1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

    2.    This case is DISMISSED without prejudice under the Court's inherent authority based on Plaintiff's failure to fully disclose his litigation history.

3.      Plaintiff's motion for leave to proceed in forma pauperis (Doc. 5) is DENIED as moot.

4.      The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE AND ORDERED** this 13th day of April, 2026.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**